UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE CASTILLO,<br><br>                Plaintiff,<br><br>        v.<br><br>BIG LOTS STORES, LLC, *et al*.<br><br>                Defendants. | Case No. 1:23-cv-01465-ADA-CDB<br><br>ORDER ON STIPULATION REFERRING MATTER TO BINDING ARBITRATION AND STAYING ACTION<br><br>(Doc. 3)<br><br>**<u>30-DAY DEADLINE</u>** |

On August 29, 2023, Plaintiff Noe Castillo ("Plaintiff") filed this action against Defendants Big Lots Stores, LLC, and Big Lots Stores – PNS, LLC ("Defendants") in Kern County Superior Court. (Doc. 1 at 1). Plaintiff brings the following causes of action against Defendants: (1) Discrimination in Violation of the Fair Employment and Housing Act ("FEHA"); (2) Failure to Prevent Discrimination in Violation of FEHA; (3) Harassment in Violation of FEHA; (4) Failure to Prevent Harassment in Violation of FEHA; (5) Retaliation in Violation of FEHA; (6) Failure to Prevent Retaliation in Violation of FEHA; (7) Wrongful Termination in Violation of Public Policy; (8) Failure to Engage in a Timely Good Faith Interactive Process in Violation of FEHA; and (9) Failure to Provide Reasonable Accommodations. *Id*. at 5. On October 12, 2023, Defendants removed the action to this Court. (Doc. 1).

On October 24, 2023, the parties filed a stipulation seeking an order referring the action to binding arbitration and staying the case. (Doc. 3). Based on the parties' representations and good

cause appearing, it is HEREBY ORDERED:

1. This action shall be submitted to binding arbitration before Pamela Hemminger, Esq.
2. This action shall be stayed pending competition of the arbitration proceedings; all pending hearings, conferences and filing deadlines are VACATED.
3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration within 30 days of the date of this order.
4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration every 90 days following the date of entry of this Order until arbitration is completed.
5. Within 14 days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or scheduling and continued prosecution of this action.

IT IS SO ORDERED.

Dated:   **October 31, 2023**

_____
UNITED STATES MAGISTRATE JUDGE